# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 11-3061-W-01 |
| Eric Lloyd Hughes | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 17, 2011, in the county of Boone, in the Western District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | On or about September 17, 2011, in the Western District of Missouri, ERIC LLOYD HUGHES, defendant herein, did knowingly and intentionally escape from the custody of Reality House, an institution or facility in which he was lawfully confined at the direction of the Attorney General.<br><br>All in violation of Title 18, United States Code, Section 751(a). |

This criminal complaint is based on these facts:

See affidavit of USMS Deputy Brett A. Roberts, attached hereto and made a part hereof for all purposes.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

USMS Deputy Brett Roberts
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/18/2011

/s/
*Judge's signature*

City and state: Jefferson City, Missouri

Matt J. Whitworth, United States Magistrate Judge
*Printed name and title*